[No. 74437-2-I. Division One. March 6, 2017.]

THE STATE OF WASHINGTON, *Respondent*, v. JACOB D. GREGAN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 15-1-01546-6, Julia L. Garratt, J., entered December 15, 2015. *Reversed* and *remanded* by unpublished opinion per Leach, J., concurred in by Verellen, C.J., and Spearman, J.

[No. 74637-5-I. Division One. March 6, 2017.]

THE STATE OF WASHINGTON, *Respondent*, v. DMITRY V. NAGORNYUK, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 15-1-01453-1, Marybeth Dingledy, J., entered January 27, 2016. *Affirmed in part* and *remanded with instructions* by unpublished opinion per Cox, J., concurred in by Becker and Dwyer, JJ.

[No. 74893-9-I. Division One. March 6, 2017.]

*In the Matter of the Personal Restraint of* MAURICE TYDRELL SHELTON, *Petitioner*.

Petition for relief from personal restraint. *Granted* and *remanded with instructions* by unpublished per curiam opinion.

[No. 74931-5-I. Division One. March 6, 2017.]

JONATHAN GREENBERG, *Appellant*, v. SEATTLE SCHOOL DISTRICT, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 14-2-33992-5, Laura C. Inveen, J., entered March 17, 2016. *Affirmed* by unpublished opinion per Becker, J., concurred in by Cox and Schindler, JJ.